1 [List of Counsel Appears on Last Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INTERACTIVE GAME GROUP, LLC, a Delaware limited liability corporation,<br><br>Plaintiff,<br><br>v.<br><br>SEGA OF AMERICA, INC., a California corporation,<br><br>Defendant. | Case No. Case No. 3:11-CV-00915-EMC<br><br>**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE**<br><br>ORDER |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff Interactive Game Group, LLC ("IGG") and Defendant Sega of America, Inc. ("Sega") stipulate that the above-captioned action is hereby dismissed with prejudice. IGG and Sega stipulate that each party shall bear its own fees and costs with respect to the action.

Dated: August 15, 2011

By: /s/
Joshua Koltun

JOSHUA KOLTUN (CSB NO. 173040)
joshua@koltunattorney.com
101 California Street
Suite 2450, No. 500
San Francisco, California 94111
Telephone: 415.680.3410
Facsimile: 866.462.5959

Attorney for Plaintiff
INTERACTIVE GAME GROUP, LLC

Dated: August 15, 2011

FENWICK & WEST LLP

By: /s/
Jennifer L. Kelly

JENNIFER L. KELLY (CSB NO. 193416)
jkelly@fenwick.com
MARY E. MILIONIS (CSB NO. 238827)
mmilionis@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94101
Telephone: 415-875-2300
Facsimile: 415-281-1350

Attorneys for Defendant
SEGA OF AMERICA, INC.

STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE     2     CASE NO. 3:11-CV-00915-EMC

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

Pursuant to General Order No. 45, Section X.B., I hereby attest that I have obtained concurrence of the above noted signatories as indicated by a "conformed" signature (/s/) within this e-filed document.

DATED: August 15, 2011

By: ___/s/___
Joshua Koltun

IT IS SO ORDERED:



_____
Edward M. Chen
U.S. District Judge

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE — 3 — CASE NO. 3:11-CV-00915-EMC